**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CORRINE JONES,

                Plaintiff,

      -against-                               25 **CIVIL** 3920 (AKH)

                                                    **JUDGMENT**

WEILL CORNELL MEDICINE,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 25, 2025, the Court has dismissed Plaintiff's amended complaint in its entirety. Since neither Plaintiffs' complaint, nor her amended complaint, contain allegations or representations that suggest a cognizable claim for relief, granting leave to amend would not be productive. *See Ridfolo v. Oppenheimer & Co.,* 987 F.2d 129, 131 (2d Cir. 1993); accordingly, the case is closed.

**Dated:**  New York, New York

       August 25, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                              **BY:**     *K. Mango*

                                                        **Deputy Clerk**